AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

KEISHA ARNOLD, as next friend of minor, K.M., and KEITH JACKSON, in their individual capacity and on behalf of the estate of KEITH MURRIEL, JR. and the Statutory Beneficiaries,

*Plaintiff(s)*

v.

AVERY WILLIS, KENYA MCCARTY, JAMES LAND, CAZINOVA REED, CITY OF JACKSON, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., GLOBAL MEDICAL RESPONSE, INC., BLACKSTONE REAL ESTATE INCOME TRUST,

*Defendant(s)*

Civil Action No. 3:23-cv-267-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Medical Response Ambulance Service, Inc.
c/o Corporation Service Company
D/B/A CSC-Lawyers Inc.
211 E. 7TH Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daryl K. Washington
Washington Law Firm, P.C.
325 N. St. Paul, Suite 3950
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

E. Moser

Date: 10/23/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| KEISHA ARNOLD, as next friend of minor, K.M., and KEITH JACKSON, in their individual capacity and on behalf of the estate of KEITH MURRIEL, JR. and the Statutory Beneficiaries,<br><br>*Plaintiff(s)*<br>v.<br>AVERY WILLIS, KENYA MCCARTY, JAMES LAND, CAZINOVA REED, CITY OF JACKSON, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., GLOBAL MEDICAL RESPONSE, INC., BLACKSTONE REAL ESTATE INCOME TRUST,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:23-cv-267-DPJ-FKB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Starwood Real Estate Income Trust, Inc.
The Corporation Trust Incorporated
Suite 201
Timonium, MD 21093.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daryl K. Washington
Washington Law Firm, P.C.
325 N. St. Paul, Suite 3950
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 10/23/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| KEISHA ARNOLD, as next friend of minor, K.M., and KEITH JACKSON, in their individual capacity and on behalf of the estate of KEITH MURRIEL, JR. and the Statutory Beneficiaries,<br><br>*Plaintiff(s)*<br>v.<br>AVERY WILLIS, KENYA MCCARTY, JAMES LAND, CAZINOVA REED, CITY OF JACKSON, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., GLOBAL MEDICAL RESPONSE, INC., BLACKSTONE REAL ESTATE INCOME TRUST,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:23-cv-267-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Blackstone Real Estate Income Trust, Inc.
HSC Agent Services, Inc.
245 West Chase Street
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daryl K. Washington
Washington Law Firm, P.C.
325 N. St. Paul, Suite 3950
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 10/23/2023

E. Moser

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

KEISHA ARNOLD, as next friend of minor, K.M., and KEITH JACKSON, in their individual capacity and on behalf of the estate of KEITH MURRIEL, JR. and the Statutory Beneficiaries,

*Plaintiff(s)*

v.

AVERY WILLIS, KENYA MCCARTY, JAMES LAND, CAZINOVA REED, CITY OF JACKSON, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., GLOBAL MEDICAL RESPONSE, INC., BLACKSTONE REAL ESTATE INCOME TRUST,

*Defendant(s)*

Civil Action No. 3:23-cv-267-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Global Medical Response, Inc.
c/o Corporation Service Company
D/B/A CSC-Lawyers Inc.
211 E. 7TH Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daryl K. Washington
Washington Law Firm, P.C.
325 N. St. Paul, Suite 3950
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 10/23/2023

E. Moser

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

KEISHA ARNOLD, as next friend of minor, K.M., and KEITH JACKSON, in their individual capacity and on behalf of the estate of KEITH MURRIEL, JR. and the Statutory Beneficiaries,

*Plaintiff(s)*

v.

AVERY WILLIS, KENYA MCCARTY, JAMES LAND, CAZINOVA REED, CITY OF JACKSON, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., GLOBAL MEDICAL RESPONSE, INC., BLACKSTONE REAL ESTATE INCOME TRUST,

*Defendant(s)*

Civil Action No. 3:23-cv-267-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Jackson, Mississippi
c/o Municipal Clerk, Angela Harris
219 S. President Street
Jackson, Mississippi 39205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daryl K. Washington
Washington Law Firm, P.C.
325 N. St. Paul, Suite 3950
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 10/23/2023

*Signature of Clerk or Deputy Clerk*