AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

KEISHA ARNOLD, as next friend of minor, K.M., and KEITH JACKSON, in their individual capacity and on behalf of the estate of KEITH MURRIEL, JR. and the Statutory Beneficiaries,

*Plaintiff(s)*

v.

AVERY WILLIS, KENYA MCCARTY, JAMES LAND, CAZINOVA REED, CITY OF JACKSON, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., GLOBAL MEDICAL RESPONSE, INC., BLACKSTONE REAL ESTATE INCOME TRUST

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:23-cv-267-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Global Medical Response, Inc.
c/o Corporation Service Company
D/B/A CSC-Lawyers Inc.
211 E. 7TH Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daryl K. Washington
Washington Law Firm, P.C.
325 N. St. Paul, Suite 3950
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

E. Moser

*Signature of Clerk or Deputy Clerk*

Date:  10/23/2023

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Global Medical Response, Inc.
was received by me on *(date)* 10/24/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kaneisha Gross, Company, Registered Agent , who is   ~Authorized Agent of Corporation Service~
designated by law to accept service of process on behalf of *(name of organization)* Global Medical
Response, Inc. on *(date)* 10/25/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/7/2023 _____
*Server's signature*

Thomas Kroll, Process Server, PSC-3012
*Printed name and title*


805 W. 10th St., Suite 200, Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc: