IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEISHA ARNOLD, as next friend of minor,
K.M. and KEITH JACKSON, in their
Individual capacity and on behalf of the estate of
KEITH MURRIEL, JR. and the Statutory Beneficiaries            PLAINTIFFS

VS.                                CIVIL ACTION NO. 3:23-CV-00267-DPJ-FKB

AVERY WILLIS, ET AL                                             DEFENDANTS

## UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY

Defendants American Medical Response Ambulance Service, Inc. ("AMR"), and Global Medical Response, Inc. ("GMR"), by counsel, file this their Motion to Substitute Proper Party, as follows:

1.

Plaintiffs' Second Amended Complaint [24] named AMR and GMR as defendants, alleging that AMR dispatched the ambulance that responded to the subject incident and that GMR is the owner of AMR. [24] at ¶15, ¶30. However, the entity that provides ambulance service in Hinds County, Mississippi and responded to the subject incident is Mobile Medic Ambulance Service, Inc. Neither AMR nor GMR was involved in the subject incident, and neither AMR nor GMR employed any of the individuals involved in the subject incident. The paramedic and emergency medical technician who responded to the subject call are employed by Mobile Medic Ambulance Service, Inc.

2.

Because Mobile Medic Ambulance Service, Inc. is the proper party, it should be substituted as a defendant in place of AMR and GMR. AMR and GMR should be dismissed

without prejudice. Undersigned counsel also represents Mobile Medic Ambulance Service, Inc., and Mobile Medic consents to the substitution.

3.

Undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel has advised that Plaintiff does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, American Medical Response Ambulance Service, Inc., and Global Medical Response, Inc., respectfully request the entry of an order substituting Mobile Medic Ambulance Service, Inc., in their place, and dismissing American Medical Response Ambulance Service, Inc., and Global Medical Response, Inc., without prejudice.

Respectfully submitted,

AMERICAN MEDICAL RESPONSE
AMBULANCE SERVICE, INC. ("AMR"), AND
GLOBAL MEDICAL RESPONSE, INC.
("GMR"),

BY:   */s/Tom R. Julian*
         OF COUNSEL

TOM JULIAN - MS BAR NO. 101905
tjulian@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE:  601-969-7607
FACSIMILE:   601-969-1116

{D2195475.1}                                        2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2023, I electronically filed the foregoing pleading or other document with the Clerk of the Court using the MEC system which sent notification of such filing to all counsel of record.

      BY:   */s/Tom R. Julian*