IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEISHA ARNOLD, as next friend of minor,
K.M. and KEITH JACKSON, in their
Individual capacity and on behalf of the estate of
KEITH MURRIEL, JR. and the Statutory Beneficiaries     PLAINTIFFS

VS.     CIVIL ACTION NO. 3:23-cv-00267-DPJ-FKB

AVERY WILLIS, ET AL     DEFENDANTS

**ORDER**

This matter is before the Court on the motion of American Medical Response Ambulance Service, Inc. and Global Medical Response, Inc. to substitute Mobile Medic Ambulance Service, Inc. d/b/a AMR in their place [61]. The Court having considered the motion and noting agreement of counsel, finds that the motion [61] should be granted.

IT IS, THEREFORE, ORDERED that the Unopposed Motion to Substitute Proper Party [61] is hereby granted. Mobile Medic Ambulance Service, Inc. d/b/a AMR shall be substituted as a defendant in place of American Medical Response Ambulance Service, Inc. and Global Medical Response, Inc. The parties are not required to take any further action to effectuate this change. To the extent necessary, this Order shall be retroactive and applicable to the pleadings and other documents filed or served in this action.

The District Court Clerk shall make all necessary changes on the docket to reflect the substitution.

SO ORDERED on the 18th day of December, 2023.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE