IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KEISHA ARNOLD, as next friend of minor K.M., and KEITH JACKSON, in their individual capacity and on behalf of the Estate of KEITH MURRIEL, JR., and the STATUTORY BENEFICIARIES**  **PLAINTIFFS**

**VS.**  **3:23-CV-00267-DPJ-FKB**

**AVERY WILLIS, et al.**  **DEFENDANTS**

## JOINT MOTION FOR EXTENSIONS OF TIME

Defendants, ESA P Portfolio Operating Lessee, LLC and ESA Management, LLC and Plaintiffs, hereby jointly move this Court for an Order granting Extensions of Time. In support thereof, Defendants state the following:

1. Plaintiffs seek an extension of time up to and including January 19, 2024, in which to respond to Defendants, ESA P Portfolio Operating Lessee, LLC and ESA Management, LLC's Motion to Dismiss for Failure to State a Claim [Doc No. 56.] Defendants have no objection to this request for an extension.

2. ESA P Portfolio Operating Lessee, LLC and ESA Management, LLC are seeking an extension of time up to and including February 9, 2024, to file any necessary reply to Plaintiffs' Response to Defendants, ESA P Portfolio Operating Lessee, LLC and ESA Management, LLC's Motion to Dismiss for Failure to State a Claim. Plaintiffs have no objection to this request.

3. The undersigned counsel has conferred with counsel for Plaintiffs and, given the impending holidays and commitments in other cases, both parties jointly request the herein extensions of time.

4. No unfair prejudice to any party will result if the extensions are granted, nor will the requested extensions unduly delay the progress of this action.

**WHEREFORE**, for the foregoing reasons, the parties jointly and respectfully request that this Court enter an Order:

(a) Granting Plaintiffs up to and including January 19, 2024, in which to respond to ESA P Portfolio Operating Lessee, LLC and ESA Management, LLC's Motion to Dismiss for Failure to State a Claim; and

(b) Granting ESA P Portfolio Operating Lessee, LLC and ESA Management, LLC up to and including February 9, 2024, to file their reply to Plaintiffs' Response to ESA P Portfolio Operating Lessee, LLC and ESA Management, LLC's Motion to Dismiss for Failure to State a Claim.

This the 18th day of December, 2023.

Respectfully agreed and submitted,

**ESA P PORTFOLIO OPERATING LESSEE, LLC and ESA MANAGEMENT, LLC**

By Their Attorneys,

*s/John S. Graham*
　JOHN S. GRAHAM

AND

**KEISHA ARNOLD, as next friend of minor K.M., and KEITH JACKSON, in their individual capacity and on behalf of the Estate of KEITH MURRIEL, JR., and the STATUTORY BENEFICIARIES**

By Their Attorneys,

*s/Daryl K. Washington*
DARYL K. WASHINGTON

Prepared by:

John S. Graham (MS Bar No 100364)
Ericson Enger (MS Bar No 105808)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1400 Meadowbrook Road, Suite 100
Jackson, MS 39211
601.499.8077 (Main)
601.499.8078 (Fax)
john.graham@wilsonelser.com
ericson.enger@wilsonelser.com

Agreed to by:

Daryl K. Washington ( PHV # 44772)
Texas State Bar No. 24013714
**Washington Law Firm, P.C.**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
214.880.4883 – direct dial
214.751.6685 – direct fax
dwashington@dwashlawfirm.com

## CERTIFICATE OF SERVICE

I, John S. Graham, this day filed a true and correct copy of the foregoing document using the Court's PACER system, which will serve notice on all counsel of record.

Dated:   December 18, 2023.

*s/John Graham*
  JOHN GRAHAM

290933560v.1